OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP. 02. 2015

PRESORTED
FIRST CLASS

8/26/2015
**KIMBELL, CHANDA RENEE** Tr. Ct. No. W09-15728-W (A)      WR-83,280-01
This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

CHANDA RENEE KIMBELL
HALBERT UNIT - TDC # 1956108
P. O. BOX 923
BURNET, TX 78611-0923

UTF

N3B 78611